NOTE:  This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

## 2010-1061

DIEP X. HOANG,

Plaintiff-Appellant,

v.

ABBOTT LABORATORIES, INC., KATHERINE GREEN,
KENNETH A. WILSON, MAURIZO ACQUASALIENTE,
STEPHEN MONTGOMERY, ZHENKUN MA, LY TAM PHAN,
SUOMING ZHANG, STEVAN W. DJURIC, YAT SUN OR,
and SANJAY CHEMBURKAR,

Defendants-Appellees.

Appeal from the United States District Court for the Northern District of
Illinois in case no. 08-CV-0189, Judge Matthew F. Kennelly.

ON MOTION

O R D E R

Diep X. Hoang moves for an extension of time to file a brief.  Abbott Laboratories,

Inc. et al. oppose.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted.  Hoang's brief is due within 30 days of the date of filing of

this order.  No further extensions will be granted.

FOR THE COURT

MAR 0 1 2010
_____
Date

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk

cc:    Diep X. Hoang (informal brief form enclosed)
       James F. Hurst, Esq.
s17

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

MAR 0 1 2010

JAN HORBALY
CLERK